

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00262-CV
### No. 10-08-00263-CV

**7.02 ACRES OF LAND AND $10,000**
**IN UNITED STATES CURRENCY,**

**Appellants**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

## From the 220th District Court
## Bosque County, Texas
## Trial Court Nos. 07-07-19807-BCCV and 07-07-19707-BCCV

## MEMORANDUM OPINION

The parties have filed agreed motions to dismiss these appeals. Accordingly, the

appeals are dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal dismissed
Opinion delivered and filed October 1, 2008
[CV06]